## PERRY v. STATE.
### No. 17105.

Court of Criminal Appeals of Texas.
Dec. 12, 1934.

Grady Sturgeon and H. B. Birmingham, both of Paris, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for murder, punishment being five years in the penitentiary.

The record contains neither statement of facts nor bills of exception. A special charge requested by appellant was refused, to which action of the court appellant reserved proper exception, but it is manifestly impossible for us to determine whether the charge was applicable in the absence of a statement of facts.

The judgment is affirmed.